AO 91 (Rev. 11/11)  Criminal Complaint

 

# UNITED STATES DISTRICT COURT

### for the

### Central District of Illinois

**FILED**

FEB **0 9** 2024

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 24-mj- 3024 |
| | ) | |
| Gregory L. Fraase | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 2022 to February 2024___ in the county of ___Sangamon___ in the

___Central___ District of ___Illinois___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 371 and 1952(a)(3) and (b)<br>8 U.S.C. § 1325(c) | Conspiracy to Violate the Travel Act<br>Marriage Fraud |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William S. Henry V, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___02/09/2024___

_____
*Judge's signature*

City and state: ___Springfield, IL___

Colleen R. Lawless, United States District Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS

IN THE MATTER OF

**U.S. V. GREGORY FRAASE**

Case No. 24-mj-3024

**FILED UNDER SEAL**

### AFFIDAVIT FOR COMPLAINT

I, William S. Henry V, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the FBI's Springfield Field Office. I have been a Special Agent with the FBI since 2019.  I have received training in interviewing and interrogation techniques, arrest procedures, search and seizure, computer crimes, search warrant applications, conducting physical surveillance, conducting short- and long-term undercover operations, consensual monitoring, analyzing telephone and electronic pen register and caller identification, system data, basic narcotics investigations, financial investigations, undercover operations, and electronic and physical surveillance procedures at the Federal Bureau of Investigation Academy in Quantico, VA.

2.     Since December 2020, I have been assigned to the Central Illinois Public Corruption Task Force, a joint federal and local task force investigating violations of federal law committed by public officials in the Central Illinois area.

1

## PURPOSE OF AFFIDAVIT

3.      Based on the facts set forth below, there is probable cause to arrest **FRAASE** for violations of the federal offenses of Conspiracy to Commit the Travel Act (Title 18, United States Code, Sections 371 and 1952(a)(3) and (b)) and Marriage Fraud (8 U.S.C. § 1325(c)).

4.      This Affidavit is intended to show merely that there is sufficient probable cause for the arrest and does not set forth all of my knowledge about this matter. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause for the arrest.

## PROBABLE CAUSE

### Conspiracy to Violate the Travel Act

5.      In January 2020, CHS-1[1] reported an individual named "Greg Fraase" (**FRAASE**) was using phone number XXX-XXX-5501. CHS-1 advised that **FRAASE** indicated he could help someone obtain a female worker from New York who would act as a wife for two years for the cost of $41,000. The female worker would clean and perform sexual acts as part of the agreement. CHS-1 also reported **FRAASE** operated multiple massage parlors and was able to get through the "red tape" of opening the establishments because of his business



partners. Pursuant to federal grand jury subpoenas, AT&T provided subscriber records on August 25, 2022, confirming XXX-XXX-5501 was being used by Gregory **FRAASE**.

6.     In August 2022, agents began an investigation into **FRAASE** based on allegations that **FRAASE** and unknown others were operating houses of prostitution (HsOP) fronting as Asian massage parlors in the Central District of Illinois.

7.     During the course of the investigation, agents discovered that **FRAASE** and known and unknown others were operating at least seven HsOP in Springfield, Illinois, and surrounding areas. In an attempt to determine the locations of **FRAASE**'s HsOP, lawful process was served on Ameren, a power company that provides electricity to locations throughout Illinois. Ameren produced records for **FRAASE** as well as GLF Group LLC, an entity associated with **FRAASE**.

8.     Records acquired from the Illinois Secretary of State for GLF Group LLC indicated the Manager was "Greg L. Fraase," with a principal place of business as 116 North Grand East, Springfield, Illinois, which is the address for Warm Spa, a known HOP. **FRAASE** was the only listed "manager" and "member," and the records did not list a purpose for the business. The articles of organization were filed on January 9, 2020.

9.     As of February 6, 2024, Ameren records indicated **FRAASE** was paying utilities at the following locations under GLF Group LLC:

| Address | Account Opened | Massage Parlor |
|---|---|---|
| 1144 E Sangamon Avenue Springfield, IL 62702 | 07/17/2020 | Cozy Cabin Spa |
| 1560 Wabash Avenue Springfield, IL 62704 | 05/18/2020 | Jade Spa |
| 3915 North Dirksen Parkway Springfield, IL 62707 | 06/24/2021 | Capital Spa |
| 116 North Grand Avenue East Springfield, IL 62702 | 02/03/2020 | Warm Spa |
| 509 North Dawson Street Springfield, IL 62702. Mailing Address:116 East North Grand Avenue, Springfield, IL 62702 | 10/14/2021 | A-1 Spa |
| 613 North 7th Street Springfield, IL 62702 | 08/02/2021 12/21/2022 | Healthy Spa |

10.    Additionally, bank account records for **FRAASE**, including for two businesses "Seven Carpenters LLC" and the aforementioned "GLF Group LLC," have been obtained over the course of this investigation. Records acquired from the Illinois Secretary of State show "Seven Carpenters LLC" and "GLF GROUP LLC" have **FRAASE** listed as the manager. Seven Carpenters LLC has a business address of 613 North 7th Street, Springfield, Illinois, which is the address of the Healthy Spa. **FRAASE** also has two CEFCU bank accounts under "Seven Carpenters LLC C/O JIA **LIU**" that also list the address for the account as 613 North 7th Street, 62702 (Healthy Spa).

11.    During the investigation, agents identified Jia **LIU,** a Chinese female, as an associate of **FRAASE** and the owner/operator of A-1 Spa and Healthy Spa, known HsOP.

4

12.     On February 27, 2023, UCE-5029[2] and a CHS-1 met with **FRAASE** and **LIU**, who was going by the name of "Michelle." **FRAASE** introduced **LIU** as his business partner. During the meeting, the main topic of discussion focused on HsOP. **FRAASE** said he owned massage parlors and **LIU** runs them. During the meeting, **FRAASE** began talking about safety features he looked for with massage parlor buildings. **FRAASE** began talking about the importance of cameras inside the massage parlors and the following exchange ensued:

| | |
|---|---|
| **FRAASE**: | ...you know the cameras that are on ya...'nd you, you try to deter everything, you know. Our stores, we damn near know who you are as you're driving up the driveway. I mean that's how... |
| UCE-5029: | ...Nothing wrong with that... |
| **FRAASE**: | ...that's how, that's how good some... |
| UCE-5029: | ...mm hm. |
| **FRAASE**: | ...cameras are. You know, we know what car you're driving, she's, she's probably already got you on the phone, who knows who you are... |
| UCE-5029: | ...mm hm. |
| **FRAASE**: | ...and she's already got it, uh, uh, an emoji showing that you probably tip, you probably didn't tip, you're probably a piece of shit... |
| UCE-5029: | (Laughs) |
| **FRAASE**: | ...you're probably a great guy... |
| UCE-5029: | Yeah. |
| **FRAASE**: | ...you're probably small. |

[redacted]

| UCE-5029: | Mm hm. |
|---|---|
| **FRAASE**: | They're, they emoji everything. |
| UCE-5029: | Right. |

13.    I believe that **FRAASE** and UCE-5029 were discussing safety at HsOP and cameras installed at the HsOP, which **FRAASE** refers to as "stores," that allow the worker to be able to identify the customer as he or she approaches the location. I believe **FRAASE** is referring to information about each customer on the female worker's cellular phone when he states that "*she's probably already got you on the phone, who knows who you are,*" "*showing you probably tip, you probably didn't tip,*" and if you're "*small.*" I believe "*small*" is in reference to penis size, which further exhibits the workers would provide sexual services.

14.    The conversation continued as follows:

| **FRAASE**: | (Asking **LIU**) Remember when you had ███? We was out (laughs), my buddy from down there, we was out in Vegas... |
|---|---|
| UCE-5029: | Mm hmm. |
| **FRAASE**: | ...and he, he goes to 'em all the time so he gets (unintelligible) and it's like, he goes, well, like, let me give you... |
| (Voices Overlap) | |
| UCE-5029: | (Clears throat) |
| **FRAASE**: | ...my number and he's like, well, when I'm in town, I'll, I'll come by and get one, she's like alright, give me your number. So, he starts to give it to her and she goes, "Oh, ███!" and he goes "fuck!" |
| UCE-5029: | (Laughs) |
| CHS-1: | (Laughs) |

**FRAASE**:       (Unintelligible) already had it come right up! And he's
                  like "son of a bitch"!
CHS-1:            Aww (laughing).

**FRAASE**:       He's like, "what do you got?" And she goes "three
                  fingers in butt."
UCE-5029:         (Laughs)

CHS-1:            (Laughs)

UCE-5029:         (Laughs) Got the shocker!

**FRAASE**:       So, so we harass him the rest of the week.

15.     I believe **FRAASE** continued to explain how much information the
female workers kept in their phone about customers. When **FRAASE** stated,
*"remember when you had       ?"* he was asking **LIU** about a HOP customer
named "      ." **FRAASE** then went on to say that when "      " gave **LIU** his
phone number to add to her contacts, the number was already in **LIU**'s phone
with the notation, *"three fingers in the butt."* I am aware this description to be a
reference to a sexual service and believe this further exhibits **FRAASE** and **LIU**'s
association with HsOP.

16.     Subsequent to this conversation, UCE-5029 was provided phone
number XXX-XXX-0856 (**LIU**'s Phone) to contact **LIU** to further discuss opening
a HOP.

17.     On August 23, 2023, at the direction of the FBI, CHS-1 conducted
a consensually monitored and recorded phone call with **FRAASE** by calling
**FRAASE**'s Phone from an FBI device. The call was verified through pen register
data for **FRAASE**'s Phone and I listened to the call after it occurred. CHS-1 was
directed by the FBI to claim they were working with UCE-5029 for the purposes

of having an Asian female marry CHS-1 and possibly work in one of **FRAASE**'s massage parlors, which required negotiating the terms of the marriage with the female. CHS-1 was directed to consult **FRAASE** regarding the negotiations. During the call, the following exchange ensued:

| | |
|---|---|
| **FRAASE**: | Cool, what's up? |
| CHS-1: | Well, hey, I just want to uh, uh, run a couple things by ya' here a couple of questions, you know, 'cause I've never done anything like this before, obviously. Now they're... |
| **FRAASE**: | Right. |
| CHS-1: | ...now they're, banging outside my damn window, they're window washing. Man, they're noisy. (Laughter) |
| **FRAASE**: | Perfect. |
| CHS-1: | Perfect timing, uh... |
| **FRAASE**: | (Unintelligible) |
| CHS-1: | ...but uh, UCE-5029, UCE-5029 says at least, uh, one of the girls would be willing to live with me, uh, in the Springfield area, but would, but would need to work. Um, and since... |
| **FRAASE**: | Okay. |
| CHS-1: | ...I'll be negotiating with them assuming they're good-looking, um, could I pitch they could possibly work with one of your stores? |
| **FRAASE**: | Yeah. Yeah, I could, uh, I could introduce 'em to, to both of my bosses and if either one of them need her they could use her, absolutely. |
| CHS-1: | Okay, yeah, I just wanted to make sure. |
| **FRAASE**: | Yeah, that's, yeah, that's a possibility, absolutely. |
| CHS-1: | Okay. Alright. And, um, that's, that's, that's a good thing so, um, I just wanna make, do a good pitch for |

her working in Springfield, you know...

**FRAASE**: Sure.

CHS-1: ...if possible. Um, would you mind if I...

**FRAASE**: I was gonna say, you know...

CHS-1: ...go ahead.

**FRAASE**: ...just tell em' you know a boss that's got, that's got, uh, seven different stores and, and...

CHS-1: Holy.

**FRAASE**: ...you'd be able to work, em' into the rotation of it, so.

CHS-1: Wow, that's, that's, that's beautiful. Um...

**FRAASE**: Yeah.

CHS-1: ...do you mind if I, I tell her, um, a few of your stores she can look up online and...

**FRAASE**: Yeah, she can look em' up.

CHS-1: ...and which ones, which ones would be the best option?

**FRAASE**: (Coughs) Um, uh, I mean real- they're all really doing good. Warm Spa's doing real good.

CHS-1: Which one's that?

**FRAASE**: Uh, Warm's the one on North Grand.

CHS-1: Okay.

**FRAASE**: Capital Spa. That one's mine, that one's been, you know, I could, I could work it out where she comes and works at my store if you want, so I can keep an eye on her.

CHS-1: Right.

**FRAASE**: Um, Rain Spa that's in, uh, that's up in uh, uh, Bloomington, er, in, uh, Washington.

CHS-1:          Yeah, I...

**FRAASE**:          ...Bloomington's called Far East Spa.

18.     Based on this exchange, and my knowledge of the investigation to date, I know when CHS-1 said, "uh, one of the girls would be willing to live with me, uh, in the Springfield area, but would, but would need to work," CHS-1 meant UCE-5029 had a female that would marry and live with CHS-1, but would need a place to work. When CHS-1 said, "I'll be negotiating with them assuming they're good-looking, um, could I pitch they could possibly work with one of your stores?", CHS-1 was advising **FRAASE** they would negotiate the terms of the marriage with the female, but the female would need employment. If the female was physically attractive, CHS-1 wanted to know if the female could work at one of **FRAASE**'s HsOP. I understand **FRAASE** stating, "Yeah, that's, yeah, that's a possibility, absolutely" to be **FRAASE**'s confirmation the female could work at his HsOP. **FRAASE** then advised he could introduce the female to "both of his bosses," which clearly indicates **FRAASE**'s "bosses" help manage the HsOP and shows **FRAASE** is working with multiple individuals that help to manage and maintain his HsOP. Based on my training and experience, I understand the term "boss," in the context of operating a business, generally refers to someone who plays an important role in the management, promoting, and carrying on of a business. Additionally, when CHS-1 asked if they "could tell her a few of (**FRAASE**'s) stores she could look up online," I understand **FRAASE**'s response to be confirming "Capital Spa," "Warm Spa," "Rain Spa" (believed to be "Sun Rain Spa"), and "Far East Spa" are HsOP associated with **FRAASE** and that they are

promoted "online," indicating a facility of interstate commerce (the internet) is used to promote his businesses.

19.    After the previous exchange, the conversation continued and the following took place:

| | |
|---|---|
| **FRAASE:** | Yeah, yeah, let, let her look em' up. They'll, they'll get, they'll show good reviews on em'. |
| CHS-1: | Okay. Alright. And so. |
| **FRAASE:** | Yeah, that'll excite her. Like I says, as long as she's, you know, as long as she's, knows what she's doing she's, you know, looks good, fuck yeah, she, she'll... |
| CHS-1: | Right. |
| **FRAASE:** | ...she'll do good around here. |
| CHS-1: | Yeah, so perfect. Uh, how much would, uh, could I say she could maybe make per day. I... |
| **FRAASE:** | (Sighs) |
| CHS-1: | ...I mean I don't have a clue what they'd expect, I assume. |
| **FRAASE:** | These girls are, most these girls are making between fifteen, twenty thousand a month. |
| CHS-1: | Holy, wow, holy crap. |
| **FRAASE:** | (Laughs) Yeah, yeah. |
| CHS-1: | Wow! |
| **FRAASE:** | Yeah. Oh, it's, it's mindboggling! They make, like, whatever I make, they make three times more what I make. |
| CHS-1: | Wow. |
| **FRAASE:** | I make ten grand in my store two months ago. I cleared ten grand, so like, that means that girl made about thirty thousand dollars that month. She fucking killed it. So... |

11

CHS-1:       Man, that's.

**FRAASE:**   ...that's why they all wanna work here. They're making, they're making a lifetime's worth of money in a month.

CHS-1:       So, so how does that, so how would, you know, how's all that money work as far as (unintelligible) concerned? I mean.

**FRAASE:**   Most the time, most, um, the, the, the owners of the store provides, we provide shelter, we provide the rent, we pay, we pay for all utilities, we pay for all that, we provide water, we provide rice, oils, toilet papers, paper towels, things like that.

CHS-1:       Right.

**FRAASE:**   So, if they get a half hour, uh, job which is forty dollars, I get thirty of that.

CHS-1:       Uh, huh.

**FRAASE:**   If they get an hour job, it's sixty dollars. I get fifty of that.

CHS-1:       Okay.

**FRAASE:**   So, they're basically getting five or ten dollars of the job, plus their tip.

CHS-1:       Right.

**FRAASE:**   Most of em' mainly working for their tip. The five or ten dollars doesn't mean a whole lot.

CHS-1:       Right, I mean, I'm, I'm just making sure.

**FRAASE:**   Plus, they're getting, like I said, they're getting free rent, free board, free food, you know.

CHS-1:       Right. Right.

**FRAASE:**   And they're, and it's nice here, you know, they're, you know, they have a shower, you know. Most these girls coming over, they don't even have a shower at their house.

12

| | |
|---|---|
| CHS-1: | That's, that's cra-... |
| **FRAASE:** | They wash in a, in a, in, you know, I mean they wash in a fifty five gallon barrel with rainwater. You know, so you see, so everything you do for them is like, it, it's like, huge, you know what I mean? |
| CHS-1: | Right, right, for sure. |
| **FRAASE:** | You know, here's, here's a nice clean cup to drink out of, "oh my god I've never had a clean cup!" |
| CHS-1: | Really? |
| **FRAASE:** | It, it's crazy! |
| CHS-1: | It's, that, that's insane, dude. |
| **FRAASE:** | So, yeah. |
| CHS-1: | I mean, I, I'm just making sure I give her an accurate number. Now, this is kind of a touchy, but, kinda touchy about, but I'll probably negotiate to have sex like once or twice a week, maybe three. |
| **FRAASE:** | Yeah, you might, and like I said, that's really, you know, that's up to you two, say, you know,... |
| CHS-1: | Now. |
| **FRAASE:** | ...I don't want that off the table and... |
| CHS-1: | Now. |
| **FRAASE:** | ...you know... |
| CHS-1: | Now, if I don't. |
| **FRAASE:** | ...if she likes it, hell, you might get it three or four times a week, who knows. |
| CHS-1: | Right, now if I don't want her to have sex with customers, you know, at the stores can, can. |
| **FRAASE**: | Then, she's not gonna make as much money as the fifteen to twenty. |
| CHS-1: | Ah. |

**FRAASE**:     She's, she's probably gonna…

CHS-1:     So.

**FRAASE**:     ….knock down, probably closer to the ten grand  area.

CHS-1:     So, could I, could I negotiate that, um, I mean, I'm okay with handjobs.

**FRAASE**:     You could, you could.

CHS-1:     I'm, a, seriously, just, just to clarify…

**FRAASE**:     Yeah.

CHS-1:     …I'm okay with.

**FRAASE**:     Well, you can tell her you would, you would put her in a hands only store. And, uh, I mean and that's your option.

CHS-1:     What do you mean hands only store?

**FRAASE**:     That's all they do there.

CHS-1:     Oh, oh, I gotcha, okay.

**FRAASE**:     And, and there's, there's a few of them stores around like, uh, there's one over on Lawrence, uh, the one up on Bloomington that's all they, uh, that's all they do, they don't do full service.

CHS-1:     Oh, aww, I gotcha, gotcha.

**FRAASE**:     You, you're gonna have, you're gonna have hard to negotiate, I mean, you, you'll be able to, but you won't be able to control it, you know what I mean?

CHS-1:     Gotcha, gotcha.

**FRAASE**:     Somebody walks in there and says, "I'll give you five hundred dollars" and, uh, she's, it's probably gonna be hard to control, you know what I mean?

CHS-1:     No, I, no, I understand that, I mean there…

**FRAASE**:     But if, but it, but if the girl likes ya, you know, she'll, she'll respect you and she'll do it, so.

20.  I understand **FRAASE**'s statements of, *"yeah. Oh, it's, it's mindboggling! They make, like, whatever I make, they make three times more what I make"* to mean he generally makes a third of what the HsOP workers bring in each month. When **FRAASE** stated, *"these girls are, most these girls are making between fifteen, twenty thousand a month,"* I understand this to mean his HsOP workers can make $15,000 to $20,000 per month, and some even make *"thirty thousand"* a month. **FRAASE** then goes on to state the workers' motivation for working in HsOP as *"that's why they all wanna work here. They're making, they're making a lifetime's worth of money in a month."* When CHS-1 asked, *"so, could I, could I negotiate that, um, I mean, I'm okay with handjobs,"* they were asking if a female working at one of **FRAASE**'s HsOP could perform only hand jobs, a sexual service. **FRAASE**'s lack of denial hand jobs are given at his stores clearly indicates the stores offer and provide sexual services. This is further evidenced by **FRAASE**'s statement that a HOP worker was "*not gonna make as much money*" if she would not have sex with customers, instead of denying his workers provided sexual services. He further confirmed this by stating the worker wouldn't make "*as much money as the fifteen to twenty*" thousand, but *"probably closer to the ten grand."* **FRAASE** also advised that some stores are "*hands only,*" which I understand to mean they provide hand jobs, but do not provide sexual intercourse which **FRAASE** referred to as "*full service*". Additionally, **FRAASE** acknowledges it would be "*hard to control*" a worker from providing sexual services if given a significant amount of money. I believe this

exchange clearly shows **FRAASE** knows his HOP workers motivation and that they provide sexual services for payment (prostitution).

21.     **FRAASE's** HsOP utilize phones and online advertisements (facilities of interstate commerce) to obtain illicit proceeds from prostitution. Between December 2023 and January 30, 2024, open-source research was conducted to collect online advertisements for HsOP associated with **FRAASE**. Except for Warm Spa, advertisements were found for all of **FRAASE's** HsOP on websites such as skipthegames.com,[3] onebackpage.com, and others. These advertisements were consistent with one another and displayed photographs of Asian women in sexually suggestive positions, listed phone numbers to contact and make appointments, and listed the known addresses of each HOP.

22.     As a result, agents believe the HsOP operated by **FRAASE** use phones and the internet in furtherance of the promoting and carrying on of prostitution, in violation of the Travel Act.

23.     On January 18, 2024, rubmaps.ch[4] searches were conducted for the HsOP associated with **FRAASE**. Reviews were found for A-1 Spa, Capital Spa, Cozy Cabin Spa, Healthy Spa, Jade Spa, Sun Rain Spa, and Warm Spa. Reviews for each HOP indicated sexual services were offered at the location. The reviews

---

[3] Skipthegames.com, assortlist.com, adultlook.com, cityxguide.com, Adultsearch.com, and similar websites such as escortfish.ch, are all websites that are used to promote and find houses of prostitution that offer sexual services. These websites often show women in sexually suggestive positions, advertise for sex work, and are facilities of interstate commerce. Information obtained from the websites in other investigations has been found to be accurate and reliable as it has corroborated reports of sexual acts being offered at massage parlors.

[4] Rubmaps.ch is a national "John Board" which displays current and historical information from users who post reviews of HsOP offering sexual services at various locations throughout the nation. The website is a facility of interstate commerce. Based upon my experience and training, I am aware that information obtained from rubmaps.ch has been used in investigations throughout the country and has been found to be accurate and reliable as it has corroborated reports of sexual acts being offered at various HsOP.

refer to the "Provider(s)" breast size, and "kitty," a term I know refers to the vagina, further demonstrating locations are not legitimate businesses. Except for Jade Spa, there were reviews stating sexual services were received in December of 2023.

24.    On January 3, 2024, Springfield Police Department (SPD) tasked a confidential source (hereafter, CS24-1[5]) to enter and request legal massages at Capital Spa, Cozy Cabin Spa, Jade Spa, and Warm Spa (known HsOP associated with **FRAASE**). CS24-1 was offered a hand job for $40.00 and oral sex for $100.00 at Cozy Cabin Spa. CS24-1 was offered a hand job for $60 and sex for $260.00 at Healthy Spa. CS24-1 was offered a hand job for $60.00 and oral sex for $60.00 at Jade Spa. CS24-1 was not offered sexual services at Capital Spa but did note there was a language barrier, and the female provider was trying to communicate with them through Google Translator.[6]

25.    I have reason to believe Capital Spa still provides sexual services to customers. **FRAASE**, himself, noted Capital Spa was a HOP during his conversation with the CHS, and agents located both advertisements and reviews, as noted above. Based on the information presented in this affidavit, agents still have reason to believe Capital Spa provides sexual services. During the execution of a search warrant at Capital Spa on February 8, 2024, agents found condoms, over $1,700 in cash, and Mandarin instructions on how to communicate sexual

---

[6] Google Translator is an application whereby the user can speak or type into the application in multiple languages and the application can translate the communication into another language.

services to customers. Additionally, upon entering the business, the female worker was scantily clothed.

26.     Based on the information presented in this affidavit, agents have reason to believe that each of the above noted massage parlors are indeed HsOP that provide sexual services for money, in violation of the Travel Act and that **FRAASE** conspires with others to manage and facilitate prostitution in those locations, furthermore he has a financial interest in each of them.

27.     Analysis of **FRAASE**'s United Community Bank, US Bank, and CEFCU bank accounts to date revealed approximately $413,808.95 in cash deposits between December 27, 2019, and September 23, 2023. Because agents know **FRAASE**'s legitimate income to from Sangamon County, and those funds are deposited by direct deposit, agents have reason to believe cash deposits into **FRAASE**'s bank accounts are the proceeds from prostitution.

28.     Further analysis of **FRAASE**'s bank accounts revealed approximately $113,812.07 was deposited into **FRAASE**'s US Bank and HBTC bank accounts between January 10, 2022, and November 29, 2023, from electronic deposits. Investigation to date has revealed these deposit are from transactions at A-1 Spa, a known HOP, as evidenced by numerous account credits listing "A-1 Spa" in the description.

29.     Analysis of **FRAASE**'s US Bank and Morton Community Bank (MCB) (formerly known as Marine Bank) records revealed approximately $191,115.64 in "bankcard" deposits were credited to the account between August 2, 2021, and December 29, 2023. US Bank provided ACH details stating the "bankcard

1225" deposits in the account were for "Customer Name" "Healthy Spa." The US Bank account was closed in December of 2022 and the "bankcard" deposits continued into the MCB account. I understand this to mean electronic payments by customers paying for prostitution services at Healthy Spa (illegal proceeds from a HOP), through a merchant processing system, are deposited into **FRAASE**'s MCB account.

30.     Analysis of **FRAASE**'s US Bank account records revealed approximately $132,744.61 was deposited into **FRAASE**'s US Bank account from "Merchant Services" between April 14, 2020, and November 30, 2022. The US Bank account was closed in December 2022. Records obtained from Elavon,[7] revealed their electronic deposits being deposited into **FRAASE**'s US Bank account were for "Warm Spa," who had address "116 E North Grand Ave, Springfield, Illinois (the address for Warm Spa). The Elavon records also stated, "Effective December 5th, 2022, this merchant processing relationship is terminated and Elavon will no longer process credit card transactions for Warm Spa." I understand this to mean electronic payments by customers for prostitution services at Warm Spa (illegal proceeds from a HOP), through a merchant processing system (Elavon), were deposited into **FRAASE**'s US Bank account.

31.     Based upon the above, agents believe **FRAASE** has knowingly conducted financial transactions with proceeds from prostitution at his HsOP

---

[7] Elavon is a merchant services company that provides point of sale systems for businesses to conduct financial transactions with customers.

(unlawful activity) as evidenced by the significant cash deposits over multiple years, and over $395,000 in deposits from electronic payments from HsOP business into his various bank accounts. Furthermore, analysis to date has revealed these accounts are used, in part, to pay utilities and rent for multiple known HsOP, indicating **FRAASE** conducts financial transactions that promote the continued success of his HsOP through his bank accounts.

### Marriage Fraud

32.    On February 15, 2023, at the direction of the FBI, CHS-1 conducted a consensually monitored and recorded call, using a phone provided by the FBI, to **FRAASE**'s Phone, which was verified by my review of pen register data from **FRAASE**'s Phone, my observance of CHS-1's initiation of the call by dialing **FRAASE**'s phone number, and my review of the call after it occurred. CHS-1 and **FRAASE** began discussing HsOP and CHS-1 was directed by agents to tell **FRAASE** that CHS-1 knew someone who was interested in buying a HOP and that this individual lived in Southern Illinois near Carbondale. During the same call, at the direction of the FBI and in response to **FRAASE**, CHS-1 mentioned they (CHS-1) could have been paid money to marry a female to help her obtain citizenship. Specifically, CHS-1 said they would have been paid "$20,000" to stay married to someone. Below is an excerpt of the conversation that ensued:

CHS-1:          But she was, DOW. She was Vietnamese, (unintelligible) Vietnamese and back then you know this is like twelve years ago, uh, they woulda paid me, they would've flown me over to Vietnam, I woulda had my pick of like five or six girls and they would have paid me like twenty thousand something like that but I had to stay married to her for two years.

| | |
|---|---|
| **FRAASE**: | Yep, that's, that's the situation. |
| CHS-1: | And, you know, I was, I was kinda interested in doin' it because I actually dated a Vietnamese girl and, and then she, eh, she ended up getting cancer, some strange thing you know. |
| **FRAASE**: | Oh, wow.  (Voices Overlap) |
| **FRAASE:** | Oh, man. |
| CHS-1: | Yeah. |
| **FRAASE**: | I've actually, uh (Voices Overlap) |
| CHS-1: | …Yeah… |
| **FRAASE**: | …I'm actually doin' it, I'm actually married to a girl right now. |
| CHS-1: | Really? |
| **FRAASE**: | We've been married a little over a year. |
| CHS-1: | Well, shit, you didn't fuckin' invite me to the wedding? I mean, come on. |
| **FRAASE**: | We didn't, we just went, we just went down to the courthouse, got married and then she went back and did her thing. |
| CHS-1: | (Makes noise) |
| **FRAASE**: | But it'll be, it'll be, it'll take us about two year 'fore we can get her green card. |
| CHS-1: | Well, that's cool. |
| **FRAASE**: | But my wife is absolutely stunningly gorgeous. (Chuckles) |
| CHS-1: | Oh, wow. You got, yeah, (chuckles) Wow. You gonna have any babies with her? (Chuckles) |
| **FRAASE**: | No. She's got a girl and that, that was the whole reason for her doin' it. Um, she's got a girl in China so once she gets her green card she can go back and get her daughter and bring her back over. |

21

CHS-1:          Dude, that's amazing.

**FRAASE**:     She hasn't seen her daughter in six years.

CHS-1:          Oh, wow.

**FRAASE**:     Yeah. But, but she doubled what you just said that she gave me.

33.    I understand when **FRAASE** tells CHS-1 that he is "*actually doin' it, I'm actually married to a girl right now*" and "*it'll take us about two year 'fore we can get her green card*" and that "*she*" had a store in New York and that "*she works up there so. She flies in about every two months*" he is referring to marrying an individual, who actually lives in "*New York*" and not Springfield, for the purpose of helping her obtain her citizenship ("i.e., green card"), thus committing marriage fraud. Additionally, I understand and that "*she*" (his wife) works at a HOP (as evidenced by **FRAASE** saying "store"). When **FRAASE** says "*but, she doubled what you just said that she gave me*," I understand that to mean **FRAASE** was paid twice what CHS-1 said they had been offered ($20,000) to marry someone, indicating **FRAASE** has received $40,000 to marry a female to help her obtain citizenship.

34.    Records received from the United States Citizenship and Immigration Services (hereafter referred to as USCIS Records) for ▮▮▮ ▮▮▮ ▮▮▮ contained a Form I-1308 received by the USCIS on July 14, 2022, from Petitioner, "GREGORY L. **FRAASE**", with a contact number of (XXX) XXX-5501

---

[8] The Form I-130 petition is filed by a U.S. citizen (USC) or Lawful Permanent Resident (LPR) on behalf of certain eligible relatives who want to come to the U.S. or if they are already in the U.S. The Form I-130 is used to establish the relationship between the petitioner and the person who they filed for (called the beneficiary). A spouse of a USC or LPR is considered an immediate relative and does not need to wait for a Visa to become available (most other categories of relatives will need to wait until a Visa becomes available).

(**FRAASE**'s Phone). The beneficiary, listed as ███████, is not a U.S. citizen. The record listed the following information for ████████:

Physical Address:



35.    Based on a review of this document, the individual referenced by **FRAASE** in the phone call referenced above (paragraph 32) is ████, whose phone number is █████████ Phone). The "Certification of Marriage," from Sangamon County, Illinois, **FRAASE** submitted to the USCIS stated he married ██████ on April 11, 2022, and is now seeking to help her obtain citizenship. Furthermore, the information **FRAASE** submitted claimed ██ resides with him at ████████████████, ████ However, location records obtained via a location search warrant directly contradict that claim.

### ARREST AND INTERVIEW

36.    On February 8, 2024, the defendant was arrested on probable cause and after he was mirandized, he provided a statement. During the interview, he admitted that he received money from the running of the locations agents know to be HsOP, including cash from Capital Spa. He also stated he received rent payments from the locations that he owned and helped to facilitate the business of each of the locations by putting the utilities in his name. He also acknowledged that he received payment from some of the HsOP by way of credit card machines,

which were paid into his back accounts. He further acknowledged using WeChat[9] to communicate with the women at the HsOP.

37.     When asked about **LIU** he acknowledged that she uses WeChat to communicate with the women in the HsOP, and that she both recruits the women and manages the cash that is taken. Specifically, he stated that **LIU** handled the cash proceeds from A-1 Spa, Cozy Spa, and Healthy Spa. **FRAASE** further explained that the women at the HsOP or **LIU** administered the advertisements but acknowledged that he was aware of them.

38.     As it relates to marriage fraud, **FRAASE** specifically stated he had been paid $20,000 to marry ███████ and that he was supposed to be paid another $20,000 upon her getting her green card. He further acknowledged that she did not live with him but claimed that he loved her.

### SEARCH OF LIU'S VEHICLE

39.     On February 8, 2024, a search warrant was served on **LIU** and her vehicle. Inside of her vehicle agents located approximately $114,683, condoms, a black grocery bag of used condoms, a vibrator, sexual lubricant, and lingerie. Agents also located mail in **FRAASE's** name which appeared to be bills for different HOP locations.

---

[9] WeChat is a free mobile text and voice messaging application developed, owned, and operated by Tencent, one of China's largest technology companies, which makes most of its money selling customers virtual goods (i.e., gaming avatars, online stickers, and other icons). The application delivers text messaging, hold-to-talk messaging, broadcast messaging, photo and video sharing, and location sharing capabilities to users by use of the internet. Users can form groups with up to 500 people. The application is available on iOS, Android, Blackberry, Windows Phone, Symbian, and OS X platforms. As of February 2019, WeChat had a monthly subscriber base of more than 1 billion users, the majority of whom are Chinese.

## SEARCH OF THE LOCATIONS

40.    On February 8, 2024, agents conducted searches of each of the locations noted in paragraph 9 owned and operated by **FRAASE** and **LIU**. During those searches, agents located large amounts of U.S. currency secreted throughout the locations, women who were dressed in lingerie or were otherwise scantily clad, large amounts condoms both used and unused, and other indicia of sexual services taking place at the locations.

## CONCLUSION

41.    Based on the forgoing, there is probable cause to arrest **FRAASE** for violations of the federal offenses of Conspiracy to Commit the Travel Act (Title 18, United States Code, Sections 371 and 1952(a)(3) and (b)) and Marriage Fraud (Title 8 U.S.C. Section 1325(c)).

_____
William S. Henry V
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this _____ day of February, 2024.

_____
COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE

25